591 F.2d 1207
 Edward YOUNGBLOOD et al., Plaintiffs-Appellants,
v.
MORRISON GRAIN CO., INC., et al., Defendants-Appellees.
 No. 78-2836
 
 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 March 21, 1979.
 Roy S. Halcomb, Jr., Alexandria, La., Roy S. Halcomb, Sr., Ferriday, La., Charles C. Trascher, III, Monroe, La., Dwight W. Norton, New Orleans, La., for plaintiffs-appellants.
 Theus, Grisham, Davis & Leigh, R. L. Davis, Jr., Monroe, La., for defendants-appellees.
 Before COLEMAN, FAY and RUBIN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The summary judgment entered in favor of the defendants is affirmed on the basis of the opinion of Judge Tom Stagg, W.D.La.1978, --- F.Supp. ----.
 
 
 2
 AFFIRMED.
 
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I